**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cruz Chavarria,<br><br>  Plaintiff,<br><br>v.<br><br>Siji Thomas, et al.,<br><br>  Defendants. | No. CV-22-00279-PHX-JJT (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion for Extension of Time to File Dispositive Motions (Doc. 82).  Good cause appearing,

IT IS ORDERED granting Defendants' Motion for Extension of Time to File Dispositive Motions (Doc. 82).  Dispositive motions shall be filed no later than **July 14, 2023**.

Dated this 5th day of July, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge